All rise. Oh yes, oh yes, oh yes. The Honorable Collette Court, 5th District, State of Illinois, is now in session. Please be seated. All right, good morning everybody. Let's start with Karpowicz v. Papa Murphy's International. And I understand you have a way to oral argument. So please proceed on behalf of the appellee. Yes, Your Honor. Thank you. May it please the Court. My name is Richard Landon. I'm here on behalf of defendant appellee, Papa Murphy, International LLC. We only found out 15 minutes ago that the plaintiff was not going to appear for oral argument. And so I will try to be very, very brief. This lawsuit was dismissed over a year ago because the plaintiff had failed to plead a claim for tax overpayment for which he could have claimed. We have detailed why we believe the circuit court made the correct decision in our brief. There are three immediate barriers to the plaintiff's ability to proceed on such a claim. And he did not file a reply brief responding to any of those arguments. I believe we can stand on those arguments unless Your Honors have any questions. I'd be happy to answer them. I don't believe we have any questions, Counselor. Okay, thank you. Thank you. Thank you. And, Counselor, you've got some time allotted as well. Do you want to be heard? All right. Thank you. In essence, a good precedent, you know. If you don't need to say anything, why say it? So, okay. Thank you.